```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**WALTER DUANE WHITE,**

    **Petitioner,**

**v.**                           //        CIVIL ACTION NO. 1:07CV1
                                                      (Judge Keeley)

**WARDEN JOYCE FRANCIS,**

    **Respondent.**

## ORDER DENYING PETITIONER'S MOTION FOR SUMMARY JUDGMENT

On January 4, 2007, the <u>pro se</u> petitioner, Walter Duane White ("White"), a prisoner at the Federal Correctional Institution in Gilmer County, West Virginia ("FCI-Gilmer") filed an "Application for Habeas Corpus Pursuant to 28 U.S.C. § 2241." (Doc. No. 1.) On On March 2, 2007, United States Magistrate Judge James E. Seibert filed a Report and Recommendation ("R&R") (Doc. No. 14). While that R&R was pending before this Court, White also filed a Motion for Summary Judgment (Doc. No. 17). On June 1, 2007, this Court entered an order adopting the R&R (Doc. No. 20).

Therefore, this Court **DENIES AS MOOT** petitioner's Motion for Summary Judgment (Doc. No. 17).

It is so **ORDERED.**

**ORDER DENYING PETITIONER'S MOTION FOR SUMMARY JUDGMENT**

The Clerk is directed to mail a copy of this Order to the pro se petitioner, certified mail, return receipt requested, and transmit a copy of this Order to all appropriate agencies.

Dated: September 24, 2007.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE