**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**WALTER DUANE WHITE**

    **Petitioner,**

v.                        **Civil Action No. 1:07cv1**
                           **(Judge Keeley)**

**JOYCE FRANCIS, Warden,**

    **Respondent.**

## ORDER DENYING MOTION FOR COUNSEL

On January 4, 2007, *pro se* petitioner, Walter Duane White, filed a petition for habeas corpus pursuant to 28 U.S.C. §2241. On July 18, 2007, the petitioner filed a Motion for appointment of counsel, and the same was denied. Currently pending is the petitioner's second Motion for appointment of counsel. As this Court previously noted, in contrast to a criminal proceeding in which the Court has a duty to assign counsel to represent an indigent defendant in accordance with his constitutional rights, the Court in a civil case has the discretion to request an attorney to represent a person unable to employ counsel. See 28 U.S.C. §1915(e)(1). It is well settled that in a civil action the Court should appoint counsel to represent an indigent only after a showing of a particular need or exceptional circumstances. Cook v. Bounds, 518 F.2d 779 (4th Cir. 1975). The petitioner has failed to demonstrate that his current circumstances require the appointment of counsel for him to pursue his habeas corpus petition. Thus, the Court finds that appointment of counsel is not necessary in order for the petitioner to adequately pursue his petition. Accordingly, the petitioner's motion for appointment of counsel (dckt. 32) is DENIED.

    IT IS SO ORDERED.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* petitioner and any counsel of record.

DATED: December 5, 2007

/s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE