**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**WALTER DUANE WHITE**

      **Petitioner,**

**v.**                          **Civil Action No. 1:07cv1**
                                         **(Judge Keeley)**

**WARDEN JOYCE FRANCIS,**

      **Respondent.**

## <u>ORDER</u>

Currently pending before the Court is the petitioner's Motion for Rule 26(f) Meeting. However, pursuant to Rule 26(a0(1)(e), and LR Civ P 16.01(g)(1), the provisions of Rule 26 do not apply to this case because it is an action brought without counsel by a person in custody of the United States.

It is therefore Ordered that the petitioner's Motion for Rule 26(f) Meeting (Doc. 36) be **DENIED.**

IT IS SO ORDERED.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* petitioner and any counsel of record.

DATED: December 6, 2007

                               /s/ James E. Seibert          
                               JAMES E. SEIBERT
                               UNITED STATES MAGISTRATE JUDGE